IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN E. CHAVEZ,

    Plaintiff,                    CV F 02 5710 REC  WMW  P

  vs.                                 ORDER RE MOTION (DOC 90)

CALIF. DEPT. OF CORRECTIONS, et al.,

    Defendants.

                              /

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is Plaintiff's motion for reconsideration by the District Court of the April 6, 2005, order by the Magistrate Judge denying plaintiff's request to file a further response to defendant Simmons's motion to dismiss.

        When filing a motion for reconsideration of the Magistrate Judge's ruling, Local Rule 78-230(k) requires a party to show the "new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion."  The court reviews a motion to reconsider a Magistrate Judge's ruling under the "clearly erroneous or contrary to law" standard." 28 U.S.C. § 636(B)(1)(A); Fed.R.Civ.P. 72(a); United States v. Raddatz, 447 U.S. 667, 673 (1980); Bhan v. NME Hosp., Inc., 929 F.2d 1404, 1414 (9th Cir. 1991)

1    In the February 28, 2005, request to file a further response to the motion to
2  dismiss, Plaintiff requested generally more time to respond. Plaintiff cited difficulties in
3  obtaining law library access. The Magistrate Judge denied plaintiff's motion on the ground that a
4  response to a reply is not a recognized pleading.    In his motion for reconsideration, plaintiff
5  specifically identifies the issue of a fabricated signature.   Plaintiff seeks to submit further
6  evidence or argument to rebut Defendant's assertion.    Because Plaintiff has specifically
7  identified the need for a further response, the court will grant the motion.
8    Plaintiff's motion for reconsideration of the April 6, 2005, order by the Magistrate
9  judge denying leave to file a further response is granted.  Plaintiff's response shall be filed within
10 thirty days of the date of service of this order, and shall be limited to the issues set forth in his
11 April 27, 2005, motion for reconsideration.
12   On April 6, 2005, Plaintiff filed a document titled as objections to the order
13 dismissing the first amended complaint.   In that document, Plaintiff seeks reconsideration of that
14 ruling pursuant to Federal Rule of Civil Procedure 60(b).   Rule 60(b) governs the
15 reconsideration of final orders of the district court.  The March 25, 2005, order is not a final
16 order - Plaintiff was granted leave to file a second amended complaint.   Plaintiff has the
17 opportunity to allege additional facts in a second amended complaint.   Failure to do so would
18 result in a recommendation of dismissal, to which Plaintiff could file objections.
19   Because the ruling at issue is not a final order, the motion for reconsideration is
20 governed by Local Rule 78-230(k).  The court finds that plaintiff's motion fails to meet the
21 standard set forth above. The ruling by the Magistrate Judge is no clearly erroneous or contrary
22 to law.   As to any new facts or circumstances, the basis of the dismissal of the complaint was
23 Plaintiff's failure to allege facts sufficient to state a claim for relief.   Plaintiff has the opportunity
24 to allege new facts in an amended complaint.
25   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for
26

1  reconsideration of the March 25, 2005, order dismissing the first amended complaint is denied.
2  This matter is referred to the Magistrate Judge for further proceedings.
3       IT IS SO ORDERED.
4  **Dated:  April 29, 2005**            /s/ Robert E. Coyle
   668554                          UNITED STATES DISTRICT JUDGE

3