IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN E. CHAVEZ,

    Plaintiff,                    CV F 02 5710 WMW   P

  vs.                               ORDER RE MOTIONS
                                     (DOCUMENTS 79, 87)

DEPT. OF CORRECTIONS, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court are defendant's motions to strike plaintiff's submissions on February 3, 2005 and on February 28, 2005.  Plaintiff seeks to file a further reply and an extension of time to file a reply to the response to defendant's motion to dismiss.

       Defendant Simmons' reply to plaintiff's opposition to the motion to dismiss was filed on February 2, 2005.  The motion to dismiss is deemed submitted.   The relevant exhibits submitted with the February 3, 2005 submission are included in the original opposition filed on January 24, 2005.  Defendant also seeks to strike the supplemental opposition filed on March 24, 2005.  There are no relevant exhibits in this submission that are not included on the January 24, 2005 opposition.

       Accordingly, IT IS HEREBY ORDERED that defendant's motions to strike plaintiff's supplemental oppositions are granted.

1

IT IS SO ORDERED.

**Dated:     March 30, 2006**                              **/s/  William M. Wunderlich**
j14hj0                                                              UNITED STATES MAGISTRATE JUDGE