UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN EDUARDO CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendants. | 1:02-CV-5710 LJO WMW (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #108) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 21, 2007, plaintiff filed a motion to extend time to file Objections to the Magistrate Judge's Findings and Recommendations, filed February 23, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file Objections to the Magistrate Judge's Findings and Recommendations, filed February 23, 2007.

IT IS SO ORDERED.

Dated:   June 20, 2007          /s/ William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE