**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**EDWIN E. CHAVEZ,**

    **Plaintiff,**                    **CV F 02 5710 LJO WMW**

  **vs.**                               **ORDER RE MOTION (DOC 102)**

**DEPT. OF CORRECTIONS, et al.,**

    **Defendants.**

        **On May 8, 2006, Plaintiff has filed a motion titled as leave from default. In his motion, Plaintiff recounts difficulties he is having in litigating this action, and seeks an extension of time. On June 20, 2007, Plaintiff was granted an extension of time in which to file objections to the findings and recommendations. That is the only outstanding deadline. The motion for relief from default filed on May 8, 2006 is therefore moot.**

        **Accordingly, IT IS HEREBY ORDERED that the motion for relief from default is denied as moot.**

IT IS SO ORDERED.

**Dated:    July 2, 2007**                      **/s/  William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE

1